UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELOY MEDINA, *et al.*,<br><br>　　　　　Defendants. | Case No. 13-cv-05773-JD<br><br>**ORDER GRANTING MOTION FOR EXTENSION IN PART**<br><br>Re: Dkt. No. 11 |

Plaintiff proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. On February 10, 2014, the complaint was dismissed with leave to amend and plaintiff was granted an additional extension of time to file an amended complaint. Plaintiff has now requested a 90 day extension. Plaintiff's request is denied, but he will be provided 28 days to file an amended complaint. No additional extensions will be provided. Failure to file an amended complaint will result in this case being dismissed.

**IT IS SO ORDERED.**

Dated: May 8, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

13-cv-05773-JD-_ext