UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH NICHOLS,

    Plaintiff,

    v.

ELOY MEDINA, *et al.*,

    Defendants.

Case No. 13-cv-05773-JD

**ORDER DENYING MOTION TO STAY**

Re: Dkt. No. 15

Plaintiff proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. On February 10, 2014, the complaint was dismissed with leave to amend. Plaintiff was granted multiple extensions and an amended complaint is due on June 5, 2014. Plaintiff now requests a stay as he was transferred to a new prison and has still not received his legal materials. Plaintiff has already received several extensions and has still not filed an amended complaint. The complaint was dismissed with leave to amend as plaintiff described many instances of misconduct from 2004 to 2008 that were beyond the applicable statute of limitations. He was given an opportunity to amend and present allegations that occurred no more than four years before he filed this case. Because plaintiff has already had a great deal of time to file an amended complaint, the motion to stay is **DENIED**. Plaintiff has until June 19, 2014 to file an amended complaint. No further extensions will be granted.

    **IT IS SO ORDERED.**

Dated: May 29, 2014

_____
JAMES DONATO
United States District Judge

13-cv-05773-JD-_order