UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>            Plaintiff,<br><br>    v.<br><br>ELOY MEDINA, *et al.*,<br><br>            Defendants. | Case No.   13-cv-05773-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed without prejudice and closed.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
JAMES DONATO
United States District Judge

13-cv-05773-JD-_jud