UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH NICHOLS,

Plaintiff,

v.

ELOY MEDINA, et al.,

Defendants.

Case No. 13-cv-05773-JD

**ORDER GRANTING MOTION FOR RECONSIDERATION AND REOPENING CASE**

Re: Dkt. No. 33

Plaintiff is a state prisoner proceeding pro se. His action was dismissed without prejudice on June 25, 2014, and plaintiff was informed that the case would be reopened when he filed an amended complaint. An amended complaint has been received by the Court and plaintiff has filed a motion to vacate that the Court construes as a motion for reconsideration to reopen the case. The case will be reopened and the Court will review the amended complaint in due course.

**CONCLUSION**

1. The motion for reconsideration (Docket No. 33) is **GRANTED**.
2. Plaintiff's request to disqualify the undersigned is denied as meritless.
3. The Order closing the case without prejudice (Docket No. 28) is **VACATED** and this case is **REOPENED**.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>             Plaintiff,<br><br>     v.<br><br>ELOY MEDINA, et al.,<br><br>             Defendants. | Case No.   13-cv-05773-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph  Nichols ID: H-87217
Calif. State Prison--L.A. County
P.O. Box 8457
Lancaster, CA 93539-8457

Dated: 9/4/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO